No. 3487. — BAPTISTA, APLDO., *v.* COMISIÓN DE INDEMNIZACIONES A OBREROS, APLTE.—C. D. Guayama. Enero 27, 1925. Desestimado el recurso a instancia del apelado, visto el allanamiento del apelante y la doctrina establecida en el caso de *Rodríguez* v. *Comisión de Indemnizaciones,* 31 D.P.R. 183, ratificada en *Flores* v. *Comisión de Indemnizaciones,* resuelto en julio 11, 1924 (pág. 1054).

No. 2378.—EL PUEBLO, APLDO., *v.* ORTEGA, APLTE.—C. D. San Juan, Distrito 2º. Enero 27, 1925. Alegándose que la corte de distrito erró al desestimar la moción del acusado pidiendo el sobreseimiento de la causa por haber transcurrido más de ciento veinte días sin celebrarse el juicio, apareciendo que la acusación se archivó el 31 de diciembre 1923 y el juicio señalado para el 13 de junio 1924, sin presentar justificación alguna para ello, vista la ley y la jurisprudencia citada y la conformidad del fiscal de esta Corte Suprema, se declara con lugar el recurso y se revoca la sentencia apelada. *Sobreseída la causa.*

No. 2416.—EX PARTE MINGUELA, PETICIONARIO Y EL PUEBLO, APLDO. — C. D. Mayagüez. *Habeas corpus.* Enero 28, 1925. Habiendo en consideración las circunstancias concurrentes en este caso y vistos los artículos 372, 382 y siguientes y 137 del Código de Enjuiciamiento Criminal, *se revoca la resolución apelada en cuanto por ella se niega la admisión de fianza al acusado para su libertad provisional y se ordena, que si el acusado presta una fianza de $3,000 a satisfacción de la corte de distrito, sea puesto inmediatamente en libertad.*